UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RACHEL RAMIREZ, INDIVIDUALLY, AS NEXT FRIEND OF J.A.R., A MINOR, AND AS REPRESENTATIVE OF THE ESTATE OF REY RAMIREZ, AND FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR THE DEATH OF REY RAMIREZ UNDER THE TEXAS WRONGFUL DEATH AND SURVIVAL ACTS, AND AMBERLYNN RAMIREZ, INDIVIDUALLY<br><br>    Plaintiffs<br><br>V.<br><br>NEW HAMPSHIRE INSURANCE COMPANY, CHARTIS CASUALTY COMPANY and CHARTIS PROPERTY CASUALTY COMPANY<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 5:10-cv-00908-XR |

## DEFENDANTS' DISCLOSURE STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants NEW HAMPSHIRE INSURANCE COMPANY ("New Hampshire"), CHARTIS CASUALTY COMPANY ("Chartis Casualty"), and CHARTIS PROPERTY CASUALTY COMPANY ("Chartis Property") file this Disclosure Statement pursuant to the Order and Advisory entered on February 7, 2011, and would show the Court the following:

Defendants state that New Hampshire Insurance Company, Chartis Casualty Company, and Chartis Property Casualty Company are wholly-owned subsidiaries of American International Group, Inc. ("AIG"). AIG, which is a publicly traded corporation, is the parent company of Defendants. Defendants do not have any publicly traded stock.

Respectfully submitted,

_____
JOSE TREVINO, JR.
State Bar No. 24051446
ATTORNEY IN CHARGE
**RAY, VALDEZ, McCHRISTIAN & JEANS., P.C.**
1250 N.E. Loop 410, Suite 700
San Antonio, Texas 78216
Telephone: (210) 341-3554
Facsimile: (210) 341-3557

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a true and correct copy of the foregoing pleading was delivered via the Court's electronic filing system to the following on this the __18th__ day of February 2011:

Craig M. Sico
Sico, White, Hoelscher & Braugh LLP
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

_____
Jose Trevino, Jr.